UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ORTEGA, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>WATERFORD COUNTRY SCHOOL, INC.,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-01334-MPS |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff Gary Ortega ("Plaintiff") and Defendant Waterford Country School, Inc. ("Defendant") (collectively, the "Parties") have reached a settlement in principle of Plaintiff's claims and are preparing a long-form Settlement Agreement. As such, they submit this Notice of Settlement and ask the Court to stay all deadlines and continue all hearings such that the Parties are able to finalize the Settlement Agreement and dismiss the case with prejudice.

Dated: December 16, 2024　　　By:　　*/s/ Laura Van Note*
　　　　　　　　　　　　　　　　　　Laura Van Note, Esq. (CA S.B. #310160)*
　　　　　　　　　　　　　　　　　　**COLE & VAN NOTE**
　　　　　　　　　　　　　　　　　　555 12th Street, Suite 2100
　　　　　　　　　　　　　　　　　　Oakland, California 94607
　　　　　　　　　　　　　　　　　　Telephone:　(510) 891-9800
　　　　　　　　　　　　　　　　　　Facsimile:　(510) 891-7030
　　　　　　　　　　　　　　　　　　Email:　　　lvn@colevannote.com

        Frank G. Usseglio, Esq. (CT S.B. # 404136)
        **KENNY, OKEEFE USSEGL**
        Capitol Place
        21 Oak St., Suite 208
        Hartford, CT 06106
        Telephone:  (860) 246-2700
        Email:       FUsseglio@kou-law.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

Dated: December 16, 2024      By:    */s/ Jennifer Oliver*
        Jennifer Oliver, Esq.*
        **BUCHANAN**
        600 W. Broadway Suite 1100
        San Diego, CA 92101
        Telephone:  (619) 685-1990
        Email:       jennifer.oliver@bipc.com

*Attorneys for Defendant*

**Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Laura Grace Van Note*
Laura Grace Van Note, Esq.