UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ORTEGA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WATERFORD COUNTRY SCHOOL, INC.,<br><br>Defendant. | Case No. 3:24-cv-01334-MPS |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

Plaintiff Gary Ortega ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court, before the Honorable Michael P. Shea, United States District Judge, at the United States District Court, District of Connecticut, 141 Church Street New Haven, CT 06510, for an Order granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement with Defendant Waterford Country School, Inc. ("Defendant") and the other relief set forth in the proposed order filed herewith.

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiff hereby moves for entry of an Order: (1) granting Preliminary Approval of the Settlement; (2) provisionally certifying the proposed Settlement Class; (3) conditionally appointing the proposed Class Representative as the Settlement Class Representative; (4) conditionally appointing Laura Van Note as the Settlement Class Counsel; (5) approving the form and manner of notice; (6) ordering that notice be disseminated to the Settlement Class according to the Settlement's terms; (7) establishing the deadlines for Settlement Class Members to request exclusion from the Settlement Class, file objections to the Settlement, or file Claims for a Settlement Award; and (8) setting the proposed schedule for completion of further settlement proceedings, including scheduling the Final

Approval Hearing. This Motion is based upon the record in this case as well as the: (1) Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of the Class Action Settlement and the (2) Declaration of Laura Van Note, Esq. in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, as well as any additional materials and argument that may be presented to the Court.

Dated: January 23, 2025        By:    <u>/s/ Laura Van Note</u>
Laura Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 891-9800
Facsimile:    (510) 891-7030
Email:         lvn@colevannote.com

Frank G. Usseglio, Esq. (CT S.B. # 404136)
**KENNY, OKEEFE USSEGL**
Capitol Place
21 Oak St., Suite 208
Hartford, CT 06106
Telephone:   (860) 246-2700
Email:         FUsseglio@kou-law.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Laura Van Note*
Laura Van Note, Esq.