UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ORTEGA, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>WATERFORD COUNTRY SCHOOL, INC.,<br><br>          Defendant. | Case No. 3:24-cv-01334-MPS |

### JOINT MOTION FOR AN ORDER TO SET A STATUS CONFERENCE

Plaintiff Gary Ortega ("Plaintiff") and Defendant Country School, Inc. ("Defendant") (collectively, the "Parties") jointly and respectfully move this Honorable Court for an Order setting a Status Conference to discuss the pending ruling on Plaintiff's Motion for Preliminary Approval of Class Action Settlement (ECF 25) (the "MPA").

The MPA was submitted for ruling as of January 23, 2025. The resolution of this Motion, either by granting or denying it, in whole or in part, will materially affect the rights of putative Class Members. Specifically, at the Status Conference, the Parties wish to address whether oral argument on the MPA may be helpful in clarifying any of the pending issues raised. If the Court agrees, the Parties also request the Status Conference be held remotely as counsel best able to answer questions regarding the MPA are located outside the state, e.g. California.

As such, the Parties respectfully request this Honorable Court to **GRANT** the instant motion and set a remote Status Conference within the next 30 days, or as soon thereafter as the matter may be heard, to discuss these issues and any other matters that may help advance the litigation.

1

Dated: March 27, 2025　　By:　*/s/ Laura Van Note*
　　　　　　　　　　　　　　　Laura Van Note, Esq. (CA S.B. #310160)*
　　　　　　　　　　　　　　　**COLE & VAN NOTE**
　　　　　　　　　　　　　　　555 12th Street, Suite 2100
　　　　　　　　　　　　　　　Oakland, California 94607
　　　　　　　　　　　　　　　Telephone:　(510) 891-9800
　　　　　　　　　　　　　　　Facsimile:　(510) 891-7030
　　　　　　　　　　　　　　　Email:　　lvn@colevannote.com
　　　　　　　　　　　　　　　Frank G. Usseglio, Esq. (CT S.B. # 404136)
　　　　　　　　　　　　　　　**KENNY, OKEEFE USSEGL**
　　　　　　　　　　　　　　　Capitol Place
　　　　　　　　　　　　　　　21 Oak St., Suite 208
　　　　　　　　　　　　　　　Hartford, CT 06106
　　　　　　　　　　　　　　　Telephone:　(860) 246-2700
　　　　　　　　　　　　　　　Email:　　FUsseglio@kou-law.com

　　　　　　　　　　　　　　　*Attorneys for Representative Plaintiff and the Plaintiff Class*


Dated: March 27, 2025　　By:　*/s/ Jennifer Oliver*
　　　　　　　　　　　　　　　Jennifer Oliver, Esq.*
　　　　　　　　　　　　　　　**BUCHANAN**
　　　　　　　　　　　　　　　600 W. Broadway Suite 1100
　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　Telephone:　(619) 685-1990
　　　　　　　　　　　　　　　Email:　　jennifer.oliver@bipc.com

　　　　　　　　　　　　　　　*Attorneys for Defendant*


　　　　　　　　　　　　　　　**Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on March 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

/s/Laura Grace Van Note
Laura Grace Van Note, Esq.