UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ORTEGA, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br>WATERFORD COUNTRY SCHOOL, INC.,<br><br>            Defendant. | Case No. 3:24-cv-01334-MPS |

**JOINT MOTION TO WITHDRAW MOTION TO SET STATUS CONFERENCE**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 7(f), Plaintiff Gary Ortega ("Plaintiff") and Defendant Waterford Country School, Inc. ("Defendant") (collectively, the "Parties") jointly move the Court for an Order withdrawing their previously filed Joint Motion to Set a Status Conference (ECF No. 28).

The Parties initially filed that motion on March 27, 2025, to assist the Court in addressing the pending Motion for Preliminary Approval of Class Action Settlement which was filed on January 23, 2025 (ECF No. 25). Having since conferred, the Parties agree that oral argument is not necessary at this time and that the Court may rule on the Motion for Preliminary Approval based on the papers submitted.

The Parties remain in full agreement regarding the proposed settlement, which is the product of arms-length negotiations and provides meaningful relief to the Plaintiff and Settlement Class. The Parties respectfully submit that prompt resolution of the Motion would serve the interests of judicial efficiency and benefit the Class Members.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion to Withdraw the Motion to Set a Status Conference.

1

Dated: May 9, 2025     By:     */s/ Laura Van Note*
Laura Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 891-9800
Facsimile:   (510) 891-7030
Email:         lvn@colevannote.com

Frank G. Usseglio, Esq. (CT S.B. # 404136)
**KENNY, OKEEFE USSEGL**
Capitol Place
21 Oak St., Suite 208
Hartford, CT 06106
Telephone:   (860) 246-2700
Email:         FUsseglio@kou-law.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

*\*Admitted pro hac vice*

Dated: May 9, 2025     By:     */s/ Jennifer Oliver*
Jennifer Oliver, Esq.*
**BUCHANAN INGERSOLL & ROONEY LLP**
600 W. Broadway Suite 1100
San Diego, CA 92101
Telephone:   (619) 685-1990
Email:         jennifer.oliver@bipc.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on May 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

                                                                */s/Laura Grace Van Note*
                                                                Laura Grace Van Note, Esq.