UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY ORTEGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATERFORD COUNTY SCHOOL, INC.,<br><br>Defendant. | Case No. 3:24-cv-01334-MPS |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rules of Civil Procedure Rule 23(e), Plaintiff Gary Ortega moves for entry of an Order Granting Final Approval of Class Action Settlement. This Motion is based upon the accompanying Memorandum in Support and Declaration of Laura Van Note and Plaintiff's contemporaneously filed Motion for Attorneys' Fees, Costs and Service Award. Plaintiff respectfully requests that the Court enter the proposed Final Approval Order submitted herewith.

Date: October 21, 2025

/s/Laura Van Note
Laura Van Note, Esq. (CA S.B.# 310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com

Frank G. Usseglio, Esq. (CT S.B. # 404136)
**KENNY, OKEEFE & USSEGLIO, P.C.**
Capitol Place 21 Oak St., Suite 208
Hartford, CT 06106
Telephone: (860) 246-2700
Email:FUsseglio@kou-law.com

Attorney for Representative Plaintiff
and the Plaintiff Class

\* Admitted *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/Laura Grace Van Note*
Laura Grace Van Note, Esq.
